IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02192-BNB

DOSSIE L. HOWARD III,

    Plaintiff,

v.

DENVER SHERIFF SILVA OR "JOHN DOE,",
DENVER SHERIFF STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 2 2011

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

At the time of filing, Plaintiff, Dossie L. Howard, was an inmate in the Denver County Jail. Mr. Howard initiated this action on August 26, 2010, by submitting to the Court *pro se* a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915. Plaintiff was granted leave to proceed *in forma pauperis* by an Order entered October 4, 2010. He submitted a Prisoner Complaint on September 23, followed by an Amended Complaint on November 17. On November 18, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Howard to file a second amended complaint within thirty days that complied with the Court's directives. Plaintiff was warned that if he failed to file a second complaint within the time allowed, the action would be dismissed without further notice. The November 18 Order was returned to the Court as undeliverable on November 30. *See* Doc. No. 22. The envelope was stamped "return to sender," "unable to forward," and "Released." *Id.* It therefore appears that Mr. Howard has been released from the Denver County Jail without a forwarding address. Moreover, Mr.

Howard has now failed to file a second amended complaint by the deadline designated in the November 18 Order.

In addition, Mr. Howard has failed to comply with his obligations under the October 4 Order. The October 4 Order requires Mr. Howard to pay the full amount of the $350.00 filing fee in monthly installments of twenty percent of the preceding month's income credited to his account or to show cause why he has no assets and no means by which to make each monthly payment by filing a current certified copy of his trust fund account statement. The October 4 Order warns Mr. Howard that if he fails to have the appropriate monthly payment sent to the Clerk of the Court or to show cause each month why he has no assets and no means by which to make the monthly payment, the Complaint and the action will be dismissed without further notice.

Mr. Howard did not make a monthly payment for November or file a current certified copy of his trust fund account statement to show that he has no assets and no means by which to make the payment. Instead, he filed two Motions for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. Nos. 15 and 16], which the Court denied as moot in a minute order entered November 29, 2010 [Doc. No. 21]. The Court further reminded Mr. Howard in the November 29 Minute Order of his obligations under the October 4 Order and directed him to make the monthly payment for November, or to show cause why he was unable to do so, **within twenty-one days**.

The November 29 Minute Order was returned to the Court as undeliverable on December 7. See Doc. No. 23. Again, the envelope was stamped "Released." *Id.* Mr. Howard has now failed either to pay the November monthly installment towards his filing fee within the time allowed, as designated in the November 29 Minute Order, or, in

the alternative, to show cause why he has no assets and no means by which to pay the designated fee.

Finally, Mr. Howard has failed to notify the Court of his change of address in a timely manner as required by the Local Rules of Practice of this Court. **See** D.C.COLO.LCivR 10.1M. (notice of new address to be filed within five days after any change of address). Accordingly, it is

ORDERED that the Amended Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Howard's failure to comply with the Court's directives in the October 4, 2010 and November 18, 2010 Orders and the November 29, 2010 Minute Order.

DATED at Denver, Colorado, this 12th day of January, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02192-BNB

Dossie L. Howard III
Prisoner No. 241564
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on January 12, 2011.

                                        GREGORY C. LANGHAM, CLERK

                                By: _____
                                            Deputy Clerk